IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

MICHAEL ALLEN KOKOSKI,

      Movant,

v.                                    Civil Action No. 5:01-0944

UNITED STATES OF AMERICA,

      Respondent.

<u>MEMORANDUM OPINION AND ORDER</u>

Pending before the court is movant's motion to quash, styled a "Motion to Squash," (Doc. No. 401) this court's June 8, 2006 Order ("June 8 Order"). Movant argues that the June 8 Order (Doc. No. 400) was wrongly decided. (<u>See</u> <u>id.</u>) For the reasons stated in the June 8 Order, the court disagrees. In addition, movant argues that Judge Faber was without jurisdiction to enter the June 8 Order because movant claims that this case had been transferred to Judge Johnston. Movant is mistaken. This civil case remains assigned to Judge Faber. For the foregoing reasons, movant's motion to quash (Doc. No. 401) is DENIED.

The Clerk is directed to send a copy of this Order to counsel of record and the movant, pro se.

IT IS SO ORDERED this 5th day of July, 2006.

ENTER:

David A. Faber
Chief Judge